Richard Miller, d/b/a Johnson's Fair, Appellant, v. Interstate Bedding Company, Inc., Appellee.

Gen. No. 46,763.   (Abstract of Decision.)

First District, Third Division.

April 4, 1956.

Released for publication April 30, 1956.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for plaintiff-appellant; Jack I. Levy, and James M. Goff, of counsel; Kelner and Kelner, and Lester E. Williams, for appellee; Charles D. Snewind, and Raymond Kelner, of counsel. Opinion by JUDGE KILEY. Not to be published in full.